**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kaitlyn Dietrick v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12310-DRH-PMF |
| *Rosa M. Ellis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12088-DRH-PMF |
| *Michelle L. Fitzpatrick, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12127-DRH-PMF |
| *Nadia Gaber v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11244-DRH-PMF |
| *Bridget E. McGinn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11239-DRH-PMF |
| *Rose Medina, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12123-DRH-PMF |
| *Leah Pfeiffer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12000-DRH-PMF |
| *Tamera Reese v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11870-DRH-PMF |
| *Brenda Regan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11965-DRH-PMF |
| *Bambi Salisbury, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11142-DRH-PMF |
| *Sloan Seaborn-Sabati v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12276-DRH-PMF |
| *Bernadette M. Veal v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11942-DRH-PMF |
| *Joy L. Woofter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13429-DRH-PMF |

| | |
|---|---|
| *Janice Buss v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10781-DRH-PMF |
| *Emily Callahan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10214-DRH-PMF |
| *Ricki Horst v. Bayer Corporation, et al.* | No. 3:10-cv-20227-DRH-PMF |
| *Lauren Sangster v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10767-DRH-PMF |
| *Melissa Turner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10405-DRH-PMF |
| *Amy Sierlecki v. Barer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10726-DRH-PMF |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 30, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  /s/*Cheryl A. Ritter*
      **Deputy Clerk**

Date: January 30, 2015

Digitally signed by
David R. Herndon
Date: 2015.01.30
17:12:42 -06'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT

2